```
BENJAMIN B. WAGNER
United States Attorney
MATTHEW G. MORRIS
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2700
```

FILED

JAN 30 2014

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
         DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  <br>  Plaintiff,  <br>  v.  <br>  OMAR KABILJAGIC, and  <br>  SUVADA MAHMUTOVIC,  <br>  Defendants. | Case No.  <br>  2:14 - CR - 0021 KJM  <br>  [PROPOSED]  <br>  ORDER TO SEAL  <br>  (UNDER SEAL) |

The Court hereby orders that the Indictment, the Petition of Assistant U.S. Attorney Matthew G. Morris to Seal Indictment, and this Order, in the above-referenced case, shall be sealed until the arrests of the defendants or until further order of the Court.

Dated: Jan 30, 2014

_____
KENDALL J. NEWMAN
United States Magistrate Judge

Petition to Seal Indictment and [Proposed] Order

3