**FILED**
February 28, 2014
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>  )<br>Plaintiff,   )<br>v.   )<br>  )<br>OMAR KABILJAGIC,   )<br>  )<br>Defendant.   ) | Case No. 2:14-CR-00021-KJM<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  OMAR KABILJAGIC , Case No.  2:14-CR-00021-KJM , Charge  18 USC § 287 , from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    __   Release on Personal Recognizance

    __   Bail Posted in the Sum of $_____

        __   Unsecured Appearance Bond

        __   Appearance Bond with 10% Deposit

        __   Appearance Bond with Surety

        __   Corporate Surety Bail Bond

    ✔   (Other)       Pretrial Conditions as stated on the record

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at  Sacramento, CA  on  February 28, 2014  at  2:00pm .

                                            By   /s/ Allison Claire/s/ Allison Claire
                                                  Allison Claire
                                                  United States Magistrate Judge

Copy 2 - Court