ROBERT M. HOLLEY, ESQ. (SNB 50769)
Attorney at Law
2150 River Plaza Drive, Suite 164
Sacramento, California 95833

Telephone: (916) 922-2111

Counsel for Defendant OMAR KABILJAGIC

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>OMAR KABILJAGIC, and SUVADA MAHMUTOVIC, DEFENDANTS. | Case No.: 2:14-cr-0021 KJM<br><br>**EMERGENCY ORDER TO HOLD AND TRANSPORT MATERIAL WITNESS MARIA HARO CAMPOS TO SACRAMENTO, CALIFORNIA FOR DEPOSITION** |

**TO THE UNITED STATES MARSHAL:**

**Pursuant to the assigned district judge's bench ruling, ECF No. 41, and good cause appearing, YOU ARE HEREBY ORDERED** to take custody of material witness **MARIA HARO CAMPOS, BOP Register Number 23051-045**, presently in federal custody and housed at FDC SeaTac, Seattle, Washington, and transport her to the Eastern District of California. Her scheduled release date is November 11, 2015. She presently has an ICE hold for deportation proceedings to Mexico following her release. Accordingly, this Order is made "**forthwith**."

*///*

*///*

**IT IS FURTHER ORDERED THAT** said material witness **MARIA HARO CAMPOS** be held in the custody of the United States Marshal until she can be deposed by the parties hereto and/or her testimony can be secured at the trial in the above-entitled case and until such further Order of the Court.  The Clerk is directed to serve a copy of this order on the U.S. Marshal.

**Dated:  October 27, 2015.**

_____
**United States Magistrate Judge
Eastern District of California**