UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>OMAR KABILJAGIC,<br><br>    Defendant. | No.  2:14-cr-0021-GEB<br><br>**ORDER** |

Defendant Omar Kabiljagic moves for an in limine ruling that would exclude evidence concerning his presence and involvement with cashing the $263,416.03 tax refund check his co-defendant Suvada Mahmutovic received. Def.'s Mot. in lim., ECF No. 59. The United States opposes the motion arguing the evidence is admissible under Federal Rule of Evidence 404(b) "because the evidence of Mahmutovic's refund—and defendant Kabiljagic's involvement in obtaining, cashing, and using her refund . . . tend[s] . . . to show Kabiljagic['] motive, intent, plan, knowledge, . . . absence of mistake, and lack of accident." Gov't's Opp. at 1:21-25, ECF No. 62.  The United States also argues the evidence is admissible under Federal Rule of Evidence 403, because the "probative value of this evidence far outweighs any unfair prejudice, confusion, or mistake potentially suffered by the defendant." Id. at 1:24-27.

The government's factual proffer in its opposition to

1

the motion evinces that the evidence Kabiljagic seeks to exclude is admissible on the Rule 404(b) propositions the government asserts are relevant to the indicted charges, and that the proffered evidence's "probative value is [not] substantially outweighed by the danger of . . . unfair prejudice, confusing the issues, [or] misleading the jury . . . " Fed.R.Evid. 403.

Therefore, the in limine motion is denied, and the March 24, 2017 scheduled hearing on the motion is vacated.

Dated:  March 21, 2017

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge