1 **ROBERT M. HOLLEY, ESQ. (SNB 50769)**
**Attorney at Law**
2 **2150 River Plaza Drive, Suite 164**
3 **Sacramento, California 95833**

4 **Telephone: (916) 922-2255**

5 **Counsel for Defendant OMAR KABILJAGIC**

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **Case No.: 2:14-cr-0021 GEB** |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER CONTINUING SENTENCING HEARING AND AMENDMENT OF PROCEDURAL SENTENCING CALENDAR** |
| vs. | |
| **OMAR KABILJAGIC,** | |
| Defendant. | |

### REASON FOR REQUEST

The undersigned counsel of record for Mr. Kabiljagic transmitted informal objections to the U.S. Probation Officer assigned to the presentence report in the case at bar but inadvertently neglected to include salient issues that could affect the presentence report and recommendation. In order to appropriately litigate these issues prior to sentencing, without unnecessary prior and post sentencing legal issues, the parties have agreed to stipulate to continuing the matter of sentencing and reset dates for sentencing procedure. Counsel for Mr. Kabiljagic has discussed

the matter with the presentence probation officer, Ms. Lynda Moore and she has agreed to review the report relative to the anticipated new issues. The timing of the continuance is based upon Ms. Moore's availability (she will be returning from leave on July 17, 2017) with the availability of both counsel and the Court.

**STIPULATION**

IT IS HEREBY STIPULATED by and between the parties hereto, through their respective undersigned counsel, that the sentencing hearing, previously scheduled for Friday, June 23, 2017 at 9:00 a.m., be continued to Friday, August 25, 2017 at 9:00 a.m. The sentencing procedural calendar is requested to be amended as follows.

| | |
|---|---|
| Counsel's Written Objections to Pre-sentence Report Shall be Delivered to Probation Officer and Opposing Counsel no Later Than: | July 10, 2017 |
| The presentence report shall be filed with the Court and Disclosed to Counsel no Later Than: | July 24, 2017 |
| Motion for Correction of the Pre-sentence Report Shall be filed with the Court and Served on the Probation officer and Opposing Counsel no Later Than: | August 11, 2017 |

The prosecution agrees with the defense as to the fact that this continuance is necessary. The prosecution is not hereby stipulating to any legal or factual position of the defense in connection with this proposed continuance or relief requested thereon. The parties further stipulate and agree that the ends of justice will be served by the granting of this request for continuance and resetting of sentencing procedure and agree that the same outweigh any legal or factual issue relative to an earlier sentencing than is requested herein.

Accordingly, the parties respectfully request that the Court adopt this proposed stipulation.

**IT IS SO STIPULATED.**

DATED: June 12, 2017

                                                 */s/ Robert M. Holley*
                                                 **Robert M. Holley, Esq.**
                                                 **Counsel for Mr. Kabiljagic**

DATED: June 12, 2017

                                                 */s/ Mr. Matthew G. Morris (by RMH)*
                                                 **Mr. Matthew G. Morris, Esq.**
                                                 **Assistant United States Attorney**
                                                 **Counsel for the United States**

**[PROPOSED] ORDER**

The Court, having read and considered the stipulation of the parties, and good cause appearing therefrom, hereby adopts the stipulation of the parties in its entirety and amends the sentencing calendar as set forth herein above. The previously scheduled date for Sentencing of June 23, 2017 is hereby vacated, and the matter is reset on the Court's regular law and motion calendar for **sentencing for Friday, August 25, 2017 at 9:00 a.m.**

**Dated: June 13, 2017**

                                                 GARLAND E. BURRELL, JR.
                                                 Senior United States District Judge