IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>  v.<br><br>OMAR KABILJAGIC,<br><br>        Defendant-Movant. | Case No.: 2:14-cr-0021 KJM<br><br>ORDER SEALING EXHIBITS 1 & 2 |

      GOOD CAUSE APPEARING, it is HEREBY ORDERED that defendant Kabiljagic's Exhibits 1 and 2 to his emergency motion for reduction in sentence and compassionate release pursuant to 18 U.S.C. § 3582(c)(1)(A), *see* ECF No. 135, in this case shall be filed under seal until further order of the court as they contain confidential medical records.

      IT IS SO ORDERED.

DATED: June 22, 2020.

_____
CHIEF UNITED STATES DISTRICT JUDGE